## THIRD DEPARTMENT, MAY, 1959

### (May 6, 1959)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES J. WILKINSON, Appellant, against DANIEL MCMANN, as Warden of Clinton Prison, Respondent.— Motion for extension of time within which to perfect appeal. Motion granted and time within which to perfect appeal, file note of issue, and file and serve record and brief is extended until October 19, 1959 and the case is to be ready for argument at the November Term of this court. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of ARTHUR FORST, Respondent, against BERGEN MEAT COMPANY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Decision of this court, handed down March 11, 1959 (*ante,* p. 554), amended as follows: Decision and award unanimously affirmed, with costs to the Workmen's Compensation Board against the appellants. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of LUCIENNE WUILLAMEY, an Alleged Incompetent Person. LUCIENNE WUILLAMEY et al., Appellants; ALBERT A. RAPPORT, Respondent.— Motion by the respondents-appellants to amend the decision of this court, handed down December 30, 1958 (7 A D 2d 130), granted and the decision is modified to provide as follows: That the trustee named in the instrument of trust Marguerite Benajam shall make her proceedings as trustee subject to annual report and approval by a Justice of the Supreme Court in the judicial district in which the beneficiary of the trust resides and that a copy of the order of this court be filed with the bank or trust company in which the trustee maintains a trust fund. Settle order. Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ., concur.